IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Evangelina Forsberg, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:07-cv-03116-JOF-RGV |
| James Pefanis, et al., | : |
| | : |
| Defendants. | : |
| | : |

## VERDICT

WE, THE JURY, FIND:

### Assault and Battery

1.  With respect to the finding that Defendant Pefanis, AME Financial Corporation, and Georgia Mutual Mortgage Corporation engaged in assault and battery against the Plaintiff, what sum of money do you find from a preponderance of the evidence to be the total amount of the Plaintiff's damages?

    (a)  Mental or physical pain and anguish,
         past and future                                      $ _1,000,000_

    (b)  What portion of that amount, if any, should be apportioned to each Defendant:

         $ _500,000_ Pefanis

         $ _250,000_ AME Financial Corporation

         $ _250,000_ Georgia Mutual Mortgage Corporation

         $ _1,000,000_ TOTAL (your total should match line 1(a) above)

1

## Assault and battery (con't)

2. (a) Punitive damages $ __1,000,000__

   If you awarded no punitive damages, proceed to Question # 3.

   What portion of that amount, if any, should be apportioned to each Defendant:

   $ __500,000__ Pefanis

   $ __250,000__ AME Financial Corporation

   $ __250,000__ Georgia Mutual Mortgage Corporation

   $ __1,000,000__ TOTAL (your total should match line 2(a) above)

   (b) (i) Do you find that Defendant Pefanis acted with specific intent to harm?

   Yes __X__

   No ____

   (ii) Do you find that Defendant AME Financial Corporation acted with specific intent to harm?

   Yes __X__

   No ____

   (iii) Do you find that Defendant Georgia Mutual Mortgage Corporation acted with specific intent to harm?

   Yes __X__

   No ____

## **False Imprisonment**

3.  With respect to the finding that Defendant Pefanis, AME Financial Corporation, and Georgia Mutual Mortgage Corporation engaged in false imprisonment against the Plaintiff, what sum of money do you find from a preponderance of the evidence to be the total amount of the Plaintiff's damages?

    Any damages you award on a claim must be supported by evidence relating to that claim and damages for one claim may not be duplicative of damages awarded in another claim. Plaintiff may not recover twice for the same injury under alternate theories of liability. A party is entitled to be made whole, but not entitled to recover more than once for the same injury. If you believe you have already awarded Plaintiff all damages that would cover the conduct of this cause of action, proceed to Question # 5.

    (a)   Mental or physical pain and anguish, past and future            $ 0

    (b)   What portion of that amount, if any, should be apportioned to each Defendant:

        $ 0      Pefanis

        $ 0      AME Financial Corporation

        $ 0      Georgia Mutual Mortgage Corporation

        $ 0      TOTAL (your total should match line 3(a) above)

## False Imprisonment (con't)

4.    (a)    Punitive damages      $ _0_

     If you awarded no punitive damages, proceed to Question # 5.

       What portion of that amount, if any, should be apportioned to each Defendant:

         $ _0_    Pefanis

         $ _0_    AME Financial Corporation

         $ _0_    Georgia Mutual Mortgage Corporation

         $ _0_    TOTAL (your total should match line 4(a) above)

   (b)    (i)    Do you find that Defendant Pefanis acted with specific intent to harm?

         Yes _X_

         No ___

     (ii)    Do you find that Defendant AME Financial Corporation acted with specific intent to harm?

         Yes _X_

         No ___

     (iii)    Do you find that Defendant Georgia Mutual Mortgage Corporation acted with specific intent to harm?

         Yes _X_

         No ___

## Invasion of Privacy

5.  With respect to the finding that Defendant Pefanis, AME Financial Corporation, and Georgia Mutual Mortgage Corporation engaged in an invasion of privacy against the Plaintiff, what sum of money do you find from a preponderance of the evidence to be the total amount of the Plaintiff's damages?

    Any damages you award on a claim must be supported by evidence relating to that claim and damages for one claim may not be duplicative of damages awarded in another claim. Plaintiff may not recover twice for the same injury under alternate theories of liability. A party is entitled to be made whole, but not entitled to recover more than once for the same injury. If you believe you have already awarded Plaintiff all damages that would cover the conduct of this cause of action, proceed to Question # 7.

    (a) Mental or physical pain and anguish, past and future      $ _0_

    (b) What portion of that amount, if any, should be apportioned to each Defendant:

    $ _0_ Pefanis

    $ _0_ AME Financial Corporation

    $ _0_ Georgia Mutual Mortgage Corporation

    $ _0_ TOTAL (your total should match line 5(a) above)

## Invasion of Privacy (con't)

6.  (a)  Punitive damages                               $ __0__

   If you awarded no punitive damages, proceed to Question # 7.

   What portion of that amount, if any, should be apportioned to each Defendant:

   $ __0__ Pefanis

   $ __0__ AME Financial Corporation

   $ __0__ Georgia Mutual Mortgage Corporation

   $ __0__ TOTAL (your total should match line 6(a) above)

   (b) (i) Do you find that Defendant Pefanis acted with specific intent to harm?

   Yes __X__

   No ____

   (ii) Do you find that Defendant AME Financial Corporation acted with specific intent to harm?

   Yes __X__

   No ____

   (iii) Do you find that Defendant Georgia Mutual Mortgage Corporation acted with specific intent to harm?

   Yes __X__

   No ____

## Negligent Retention

7. With respect to the finding that Defendants AME Financial Corporation and Georgia Mutual Mortgage Company negligently retained Defendant Pefanis, what sum of money do you find from a preponderance of the evidence to be the total amount of the Plaintiff's damages?

   Any damages you award on a claim must be supported by evidence relating to that claim and damages for one claim may not be duplicative of damages awarded in another claim. Plaintiff may not recover twice for the same injury under alternate theories of liability. A party is entitled to be made whole, but not entitled to recover more than once for the same injury. If you believe you have already awarded Plaintiff all damages that would cover the conduct of this cause of action, proceed to Question # 9.

   (a) Mental or physical pain and anguish, past and future         $ _100,000_

   (b) What portion of that amount, if any, should be apportioned to each Defendant:

   $ _50,000_ AME Financial Corporation

   $ _50,000_ Georgia Mutual Mortgage Corporation

   $ _100,000_ TOTAL (your total should match line 7(a) above)

## Negligent Retention (con't)

8.   (a)   Punitive damages            $ _3,000,000_

If you awarded no punitive damages, proceed to Question # 9.

What portion of that amount, if any, should be apportioned to each Defendant:

$ _2,000,000_ AME Financial Corporation

$ _1,000,000_ Georgia Mutual Mortgage Corporation

$ _3,000,000_ TOTAL (your total should match line 8(a) above)

  (b)   (i)   Do you find that Defendant AME Financial Corporation acted with specific intent to harm?

Yes _X_

No ____

        (ii)   Do you find that Defendant Georgia Mutual Mortgage Corporation acted with specific intent to harm?

Yes _X_

No ____

## Sexual Harassment in Violation of Title VII

9.  With respect to the finding of Defendant AME Financial Corporation's and Defendant Georgia Mutual Mortgage Company's violation of Title VII arising out of the sexual harassment of Plaintiff by Defendant Pefanis, what sum of money do you find from a preponderance of the evidence to be the total amount of the Plaintiff's damages?

    Any damages you award on a claim must be supported by evidence relating to that claim and damages for one claim may not be duplicative of damages awarded in another claim. Plaintiff may not recover twice for the same injury under alternate theories of liability. A party is entitled to be made whole, but not entitled to recover more than once for the same injury. If you believe you have already awarded Plaintiff all damages that would cover the conduct of this cause of action, proceed to Question # 11.

    (a)  Mental or physical pain and anguish, past and future       $ _50,000_

    (b)  What portion of that amount, if any, should be apportioned to each Defendant:

    $ _25,000_ AME Financial Corporation

    $ _25,000_ Georgia Mutual Mortgage Corporation

    $ _50,000_ TOTAL (your total should match line 9(a) above)

9

## Sexual Harassment in Violation of Title VII (con't)

10.   Punitive damages                                    $ _1,000,000_

   If you awarded no punitive damages, proceed to Question # 11.

   What portion of that amount, if any, should be apportioned to each Defendant:

   $ _500,000_ AME Financial Corporation

   $ _500,000_ Georgia Mutual Mortgage Corporation

   $ _1,000,000_ TOTAL (your total should match line 10. above)

## Retaliation in Violation of Title VII

11. With respect to the finding of Defendant AME Financial Corporation's and Georgia Mutual Mortgage Company's violation of Title VII arising out of Defendant Pefanis' retaliation against the Plaintiff, what sum of money do you find from a preponderance of the evidence to be the total amount of the Plaintiff's damages?

    Any damages you award on a claim must be supported by evidence relating to that claim and damages for one claim may not be duplicative of damages awarded in another claim. Plaintiff may not recover twice for the same injury under alternate theories of liability. A party is entitled to be made whole, but not entitled to recover more than once for the same injury. If you believe you have already awarded Plaintiff all damages that would cover the conduct of this cause of action, proceed to Question # 13.

    (a)  Mental or physical pain and anguish,
         past and future                                $500,000

    (b)  What portion of that amount, if any, should be apportioned to each Defendant:

         $ 250,000 AME Financial Corporation

         $ 250,000 Georgia Mutual Mortgage Corporation

         $ 500,000 TOTAL (your total should match line 11(a) above)

## Retaliation in Violation of Title VII (con't)

12.  Punitive damages                                $ 2,000,000

If you awarded no punitive damages, proceed to Question # 13.

What portion of that amount, if any, should be apportioned to each Defendant:

$ 1,000,000 AME Financial Corporation

$ 1,000,000 Georgia Mutual Mortgage Corporation

$ 2,000,000 TOTAL (your total should match line 12. above)

12

## Threats and Intimidation in Violation of Section 1985(2)

13. With respect to the finding that Defendants AME Financial Corporation, Georgia Mutual Mortgage Company and Defendant Pefanis conspired to threaten and intimidate the Plaintiff in violation of Section 1985(2), what sum of money do you find from a preponderance of the evidence to be the total amount of the Plaintiff's damages?

    Any damages you award on a claim must be supported by evidence relating to that claim and damages for one claim may not be duplicative of damages awarded in another claim. Plaintiff may not recover twice for the same injury under alternate theories of liability. A party is entitled to be made whole, but not entitled to recover more than once for the same injury. If you believe you have already awarded Plaintiff all damages that would cover the conduct of this cause of action, proceed to Question # 15.

    (a) Mental or physical pain and anguish, past and future      $ 0

    (b) What portion of that amount, if any, should be apportioned to each Defendant:

    $ 0   Pefanis

    $ 0   AME Financial Corporation

    $ 0   Georgia Mutual Mortgage Corporation

    $ 0   TOTAL (your total should match line 13(a) above)

13

## Threats and Intimidation in Violation of Section 1985(2) (con't)

14.   Punitive damages                                  $ _500,000_

If you awarded no punitive damages, proceed to Question # 15.

>   What portion of that amount, if any, should be apportioned to each Defendant:
>
>   $ _200,000_ Pefanis
>
>   $ _150,000_ AME Financial Corporation
>
>   $ _150,000_ Georgia Mutual Mortgage Corporation
>
>   $ _500,000_ TOTAL (your total should match line 14. above)

## Net Lost Wages and Benefits

15. What sum of money do you find from a preponderance of the evidence to be the total amount of the Plaintiff's lost wages and benefits damages?

   Net lost wages and benefits
   to the date of trial                $ _50,000_

For which causes of action do you award net lost wages and benefits?

a) Assault and battery
   Yes  X
   No   ___

b) False imprisonment
   Yes  ___
   No   X

c) Invasion of Privacy
   Yes  ___
   No   X

d) Negligent Retention
   Yes  X
   No   ___

e) Sexual Harassment in Violation of Title VII
   Yes  X
   No   ___

f) Retaliation in Violation of Title VII
   Yes  X
   No   ___

g) Threats and Intimidation in Violation of Section 1985(2)
   Yes  X
   No   ___

This, the _16th_ day of October 2009.

_____
FOREPERSON
William C. Powell

15