**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Evangelina Forsberg,  :  <br>  :  <br> Plaintiff,  :  <br>  :  <br> v.  : <br>  :  <br> James Pefanis, AME Financial  :  <br> Corporation and Georgia Mutual  :  <br> Mortgage Corporation,  :  <br>  :  <br> Defendants.  | CIVIL ACTION NO. <br> 1:07-CV-3116-JOF-RGV |

JUDGMENT IN A CIVIL CASE

This action came before the Court for trial by the court and by a jury. The issues have been tried and heard and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff, EVANGELINA FORSBERG, recover the sum of FIVE HUNDRED THOUSAND AND N0/100) DOLLARS ($500,000.00 in compensatory damages, and SEVEN HUNDRED THOUSAND AND NO/100 ($700,000.00) DOLLARS in punitive damages from defendant JAMES PEFANIS; the sum of FIVE HUNDRED SEVENTY-FIVE THOUSAND AND NO/100 DOLLARS ($575,000.00) in compensatory damages, and THREE MILLION NINE HUNDRED THOUSAND AND NO/100 DOLLARS ($3,900,000.00) in punitive damages from defendant AME FINANCIAL CORPORATION; the sum of FIVE HUNDRED SEVENTY-

FIVE THOUSAND AND NO/100 DOLLARS ($575,000.00) in compensatory damages, and TWO MILLION NINE HUNDRED THOUSAND AND NO/100 DOLLARS ($2,900,000.00) in punitive damages from defendant GEORGIA MUTUAL MORTGAGE CORPORATION; and the amount of FIFTY THOUSAND AND NO/100 DOLLARS ($50,000.00) in lost wages and benefits from defendants AME FINANCIAL CORPORATION and GEORGIA MUTUAL MORTGAGE CORPORATION, jointly and severally, and interest as provided by law and costs of this action.

OCTOBER 20, 2009             JAMES N. HATTEN, CLERK
                             By:


                               /s Patricia Healy
                             Patricia Healy

2