# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Evangelina Forsberg, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:07-cv-03116-JOF |
| James Pefanis, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## OPINION & ORDER

This matter is before the court on Defendant Pefanis' motion for reconsideration [285] and Defendant Pefanis' motion for leave to file excess pages [287].

On February 18, 2010, the court granted in part and denied in part Plaintiff's emergency motion to compel against Defendant Pefanis. Shortly thereafter, Defendant Pefanis – at that time unrepresented by counsel – filed a motion seeking leave of the court to depose non-party David Popke, a former employee of AME Financial Corp. In an order dated March 2, 2010, the court denied Defendant Pefanis' request to depose Mr. Popke, noting that Mr. Popke had left AME's employ in December 2007, long before the relevant time period for Plaintiff's motion to compel. Several days later, Defendant Pefanis asked the court to reconsider its order. Defendant Pefanis argued that Mr. Popke might have

information relevant to AME's January 1, 2008, journal entry. Having considered Defendant Pefanis' motion, the court DENIES it.

On March 9, 2010, Defendant Pefanis submitted a "brief demonstrating compliance with the court's February 18, 2010, order." In conjunction with that brief, Defendant Pefanis submitted the instant motion for leave to file excess pages. The court GRANTS Defendant Pefanis' motion for leave to file excess pages [287].

**Conclusion**

The court DENIES Defendant Pefanis' motion for reconsideration [285] and GRANTS Defendant Pefanis' motion for leave to file excess pages [287].

**IT IS SO ORDERED** this 30th day of March 2010.

/s J. Owen Forrester
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)