**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Evangelina Forsberg, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.     : | CIVIL ACTION NO. |
| : | 1:07-cv-03116-JOF |
| James L. Pefanis, et al., : | |
| : | |
| Defendants. : | |
| : | |
| AND : | |
| : | |
| Damon Smith, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.     : | CIVIL ACTION NO. |
| : | 1:08-cv-01042-JOF-RGV |
| James L. Pefanis, et al., : | |
| : | |
| Defendants. : | |

**ORDER**

The Court finds that Mr. Ronald Eckland is in civil contempt and DIRECTS that he be placed in the custody of the U.S. Marshal Service until further ordered by this or another court that the contempt has been purged.

AO 72A
(Rev.8/82)

**IT IS SO ORDERED** this 14th day of July 2010.

       /s  J. Owen Forrester
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)