# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 22, 2012

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 11-16025-DD
Case Style: Evangelina Forsberg v. Ron Eckland
District Court Docket No: 1:07-cv-03116-JOF

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 02/02/2012.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD
Phone #: (404) 335-6176

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 11-16025-DD
_____

EVANGELINA FORSBERG,

    Plaintiff - Appellee,

versus

JAMES PEFANIS, et al.,

    Defendants,

RON DEAN ECKLAND,

    Respondent - Appellant.

_____

Appeal from the United States District Court for the
Northern District of Georgia
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Ron Dean Eckland has failed to file an appellant's brief and record excerpts within the time fixed by the rules, effective February 22, 2012.

JOHN LEY
Clerk of the United States Court
of Appeals for the Eleventh Circuit

by: Tonya L. Richardson, DD, Deputy Clerk

FOR THE COURT - BY DIRECTION