# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 21, 2017

James N. Hatten
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 17-11417-CC
Case Style: Evangelina Forsberg v. Ronald Eckland
District Court Docket No: 1:07-cv-03116-CC

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Julie F. Cohen, CC/lt
Phone #: (404) 335-6170

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-11417-CC

_____

EVANGELINA FORSBERG,

                                                                                            Plaintiff-Appellee,

versus

RONALD ECKLAND,

                                                                                            Respondent-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

Before: HULL, MARTIN and JILL PRYOR, Circuit Judges.

BY THE COURT:

Evangelina Forsberg's motion to dismiss this appeal for lack of jurisdiction is GRANTED. The district court's February 28, 2017 order is not appealable at this time because it only ordered Ronald Eckland to comply with its prior orders mandating that he pay $800,000, and it did not impose any substantially new or additional contempt sanctions such as imprisonment or penalties. *See* 28 U.S.C. §§ 1291, 1292; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000); *Sec. & Exch. Comm'n v. Kirkland*, 533 F.3d 1323, 1324-25 (11th Cir. 2008); *Combs v. Ryan's Coal Co.*, 785 F.2d 970, 976-77 (11th Cir. 1986). Any other pending motions are DENIED AS MOOT.