# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 18, 2017

Ronald Eckland
5955 MATT HWY
CUMMING, GA 30028

Appeal Number: 17-11417-CC
Case Style: Evangelina Forsberg v. Ronald Eckland
District Court Docket No: 1:07-cv-03116-CC

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Julie F. Cohen, CC/lt
Phone #: (404) 335-6170

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 17-11417-CC

EVANGELINA FORSBERG,

Plaintiff-Appellee,

versus

RONALD ECKLAND,

Respondent-Appellant.

Appeal from the United States District Court
for the Northern District of Georgia

Before HULL, MARTIN, and JILL PRYOR, Circuit Judges.

BY THE COURT:

Ronald Eckland's motion for reconsideration of our June 21, 2017 order dismissing this appeal for lack of jurisdiction is DENIED.